PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Carlos Darrell Dickerson**

**Docket No. 0:02CR00083-001(MJD/JEC)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Carlos Darrell Dickerson** who was sentenced for Domestic Violence, Possession of a Firearm on January 31, 2003, by the Honorable Michael J. Davis, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Association restriction
- Drug treatment
- Alcohol treatment
- Substance abuse testing
- Alcohol restriction
- Mental health treatment
- Pay $250 restitution
- Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall be required to undergo mandatory drug testing as set forth by 18 U.S.C. §§ 3563(a) and 3583(d).

On June 7 and June 22, 2005, the defendant failed to report for substance abuse testing as required.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall perform 25 hours of community service, as approved by the probation officer.

SCANNED
JUL 11 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 8th day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on July 6, 2005
Place St. Paul

c: United States Sentencing Commission