PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Carlos Darrell Dickerson**

**Docket No. 0:02CR00083-001(MJD/JEC)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Carlos Darrell Dickerson** who was sentenced for Domestic Violence, Possession of a Firearm on January 31, 2003, by the Honorable Michael J. Davis, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Association restrictions
- Drug treatment
- Alcohol treatment
- Substance abuse testing
- Alcohol restrictions
- Mental health treatment
- Pay $250 restitution
- Mandatory drug testing

*Modified as of July 8, 2005*

25 hours community work service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #6: The defendant shall submit to substance abuse testing as approved and directed by the probation officer.

Mr. Dickerson has failed to report for urinalysis testing as required at RS Eden on the following dates: June 7, June 22, and July 23, 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall reside for a period of up to 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

SCANNED
AUG 0 3 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 3rd day of August, 2005, and ordered filed and made a part of the records in the above case.

for

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Julie M. Best

for David J. Schwab
Senior U.S. Probation Officer

Executed on August 3, 2005
Place St. Paul