PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Carlos Darrell Dickerson**

**Docket No. 0:02CR00083-001(MJD/JEC)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Carlos Darrell Dickerson** who was sentenced for Domestic Violence, Possession of a Firearm on January 31, 2003, by the Honorable Michael J. Davis, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Association restrictions
- Drug treatment
- Alcohol treatment
- Substance abuse testing
- Alcohol restrictions
- Mental health treatment
- Pay $250 restitution
- Mandatory drug testing

*Modified as of July 8, 2005*

25 hours community work service

*Modified as of August 3, 2005*

Up to 120 days at a community corrections center (CCC)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Dickerson is experiencing numerous personal problems that preclude a successful transition to the Volunteers of America half way house at this time. It is requested that he be allowed to complete 90 days of electronic monitoring in lieu of said placement.

PRAYING THAT THE COURT WILL ORDER That the special condition of up to 120 days at the CCC ordered on August 3, 2005, be quashed and replaced with the following special condition:

The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED
SEP 15 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 15 day of September, 2005, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on September 7, 2005
Place St. Paul