Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Carlos Darrell Dickerson

Docket No. 0:02CR00083-001 (MJD/JEC)

## HEARING WAIVER

I, Carlos Darrell Dickerson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: Carl D Eckerson

Witness:

Carlos Darrell Dickerson
Supervised Releasee

Dated: 9/1/05

SCANNED
SEP 15 2005
U.S. DISTRICT COURT MPLS