**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
CARLOS DARELL DICKERSON, )
)
Defendant. )

# COURT MINUTES - CRIMINAL

BEFORE: BOYLAN
U.S. Magistrate Judge

Case No: 02-83(1) MJD
Date: 12/7/05
Court Reporter: None
Tape Number: 2005-
Time Commenced: HEARING NOT HELD
Time Concluded:
Time in Court: Minutes

____ **PRELIMINARY HRG ONLY** √ **DETENTION HRG ONLY**

____ **PRELIMINARY/DETENTION HRG** ____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**:
Assistant U.S. Attorney

**Defendant:** Manny Atwal
√ FPD ☐ CJA ☐ Retained ☐ Appointed

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** √ **Supervised Release**

☐ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before ________________on__________________.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information:
The Court has been notified that the defendant has waived the detention hearing and agrees to be detained. A final revocation hearing has been set before Judge Davis on December 15, 2005 at 3:00 p.m.

s/Kathy Thobe
Signature of Judicial Assistant