**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

CARLOS DICKERSON,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Court Judge

| | |
|---|---|
| Case No: | 02-83 (1) (MJD) |
| Date: | December 15, 2005 |
| Court Reporter: | Lori Simpson |
| Tape Number: | |
| Time Commenced: | 3:16 |
| Time Concluded: | 3:56 |
| Time in Court: | 40 minutes |

## APPEARANCES:

Plaintiff: Jeff Paulsen for Cliff Wardlaw, Assistant U.S. Attorney
Defendant: Manny Atwal, FPD

## PROCEEDINGS:

**Revocation of Supervised Release**
Defendant admits allegations.

## ORDERED:

Defendant remanded to custody of the U.S. Marshal.
Hearing continued to December 16, 2005 at 9:30 am

Debbie Halfman
Deputy Clerk