**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

CARLOS DICKERSON,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Court Judge

Case No: 02-83 (1) (MJD)
Date: December 16, 2005
Court Reporter: Lori Simpson
Tape Number:
Time Commenced: 9:32
Time Concluded: 10:01
Time in Court: 29 minutes

## APPEARANCES:

Plaintiff: Jeff Paulsen, Assistant U.S. Attorney
Defendant: Manny Atwal FPD

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations.

## ORDERED:

Defendant remanded to custody of the U.S. Marshal.
Supervised Release continued until termination of original sentence.
Defendant was sentenced to home detention with new conditions.

s/Debbie Halfman
Deputy Clerk