UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS DARRELL DICKERSON,

Defendant.

ORDER

Criminal No. 02-83 (MJD/JGL)

Clifford B. Wardlaw, Assistant United States Attorney, Counsel for Plaintiff.

Manvir Kaur Atwal, Federal Public Defender, Counsel for Defendant.

IT IS HEREBY ORDERED that:

1. Defendant's supervised release condition that he be placed in a community corrections center [Docket No. 56] is VOIDED.
2. Defendant's supervised release condition requiring $250 in restitution [Docket No. 56] is VOIDED because of his economic condition.

Dated: __December 16, 2005

__s/Michael J. Davis______
Judge Michael J. Davis
United States District Court