UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS DARRELL DICKERSON,

Defendant.

ORDER

Criminal No. 02-83 (MJD/JGL)

---

Clifford B. Wardlaw, Assistant United States Attorney, Counsel for Plaintiff.

Manvir Kaur Atwal, Federal Public Defender, Counsel for Defendant.

---

IT IS HEREBY ORDERED that Defendant is released from the custody of the U.S. Marshall's Office and placed in the custody of Probation Office so that he may begin home detention.

Dated: _December 16, 2005_

__s/Michael J. Davis______
Judge Michael J. Davis
United States District Court