PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Carlos Darrell Dickerson**

**Docket No. 0:02CR00083-001(MJD/JEC)**

**AMENDED Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Carlos Darrell Dickerson** who was sentenced for Domestic Violence, Possession of a Firearm on January 31, 2003, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Association restrictions
- Drug treatment
- Alcohol treatment
- Substance abuse testing
- Alcohol restrictions
- Mental health treatment
- Pay $250 restitution

*Modified as of July 8, 2005*

25 hours community work service

*Modified as of August 3, 2005*

Up to 120 days at a community corrections center (CCC)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**MANDATORY CONDITION #1: While on supervised release, the defendant shall not commit any federal, state, or local crime. The defendant shall not possess a controlled substance.**

**On November 25, 2005, Mr. Dickerson was arrested by the Golden Valley Police Department for Fourth Degree Driving While Intoxicated, No Minnesota Drivers License, and No Insurance. These charges have yet to be resolved.**

SCANNED
DEC 19 2005
U.S. DISTRICT COURT MPLS

SPECIAL CONDITION #8: The defendant shall reside for a period of up to 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

On November 23, 2005, Mr. Dickerson was terminated from the Volunteers of America (VOA) for numerous violations of the rules and regulations of the facility.

PRAYING THAT THE COURT WILL ORDER That the Petition on Supervised Release dated November 29, 2005, be amended to include the additional violation as noted above.

**[The rationale for a warrant is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 15 day of Dec., 2005, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on December 15, 2005
Place Minneapolis