UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-83 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS DARRELL DICKERSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | RELEASE OF NOTICE OF LIEN |

The Recorder for the County of Ramsey, State of Minnesota, may immediately release the Notice of Lien recorded in said Recorder's Office of Ramsey County, as Document No. 3605328, in the amount of $350.00.

Dated: March 9, 2006

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the Plaintiff

SUBSCRIBED and SWORN to before me this
9th day of March, 2006.

Stacey E. Kulevich
NOTARY PUBLIC

STACEY E. KULEVICH
Notary Public
Minnesota
My Commission Expires January 31, 2010