A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
DEC 7 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-83 MJD**

0641 - 0911 - 1476 - D

Carlos Darrell Dickerson

To: The United States Marshal
and any Authorized United States Officer

2006 SEP 11 P 2:59
RECEIVED
US MARSHAL SERVICE
MPLS MN

YOU ARE HEREBY COMMANDED to arrest: Carlos Darrell Dickerson

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Michael J. Davis, United States District Court Judge.

(By) Jackie Ellingson, Deputy Clerk

September 11, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

SCANNED
DEC 08 2006
U.S. DISTRICT COURT

ARRESTED ON 12-7-06
ARRESTED BY GLRTF - Chicago, IL
U.S. MARSHAL
DISTRICT OF MINNESOTA

criminal\warrant.frm

DC Modified 12/08/04