**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS, CLERK**

**OFFICE OF THE CLERK**
December 20, 2006

Mr. Richard D. Sletten
Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Rule 5 Documents
CR 02-83 MJD/JGL

**Re: U.S. -v- Carlos Darrell Dickerson**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

_X_ Docket Sheet, Case No.: 06 cr 915

_X_ Affidavit in Removal

___ Financial Affidavit

_X_ Order appointing counsel

___ CJA 20 Form

_X_ Appearance form

_X_ Order of Removal dated: 12/7/06

___ Final Commitment Proceedings

___ Temporary Commitment

___ Order setting conditions of release

___ Detention Order

___ Appearance Bond

___ Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: ______________
Deputy Clerk

SCANNED
DEC 27 2006
U.S. DISTRICT COURT ST. PAUL

KC FILED
DEC 07 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

FOR THE

## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT IN REMOVAL PROCEEDINGS**

UNITED STATES OF AMERICA )
v. )
CARLOS DARRELL DICKERSON )
)
NORTHERN DISTRICT OF ILLINOIS ) CASE NUMBER: 06CR0915

MAGISTRATE JUDGE VALDEZ

The undersigned Affiant personally appeared before MARIA VALDEZ, a United States Magistrate Judge, and being duly sworn on oath, states: that at the DISTRICT OF MINNESOTA, one CARLOS DARRELL DICKERSON, was charged with Violation of Supervised Release, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Exhibit A - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

DOCKETED
DEC 1 1 2006

[illegible]ED
DEC 1 1 2006

Nicole McPherson
Deputy, United States Marshals Service

Subscribed and Sworn to before me this 7th day of December, 2006.

MARIA VALDEZ
United States Magistrate Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 12-20-2006

AUSA Benjamin F. Langner

Bond set [or recommended] by issuing Court at ______________________

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 915 | **DATE** | 12/7/2006 |
| **CASE TITLE** | USA vs. Carlos Darrell Dickerson | | |

**DOCKET ENTRY TEXT**

Removal proceeding held. Defendant appears in response to the arrest on 12/7/06. Defendant waives identity hearing. Defendant informed of his rights. Robert D. Seeder's oral motion for appointment of counsel for defendant is granted for the removal proceedings only. Government seeks detention. Defendant is not contesting that he is the person charged in the petition and warrant. Defendant agrees not to contest removal in custody, therefore defendant will be removed in custody to the District of Minnesota as soon as possible to face the charges there pending against him.

■ [ For further detail see separate order(s).] Docketing to mail notices.

00:07

CLERK

DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 12-20-2006

U.S. DISTRICT COURT
2006 DEC -7 PM 5:17
FILED

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | yp |

# United States District Court

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

CARlos Dickerson

NO. 06 CR 915

ORDER APPOINTING COUNSEL Removal purposes only

The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant in the above designated case unless relieved by an order of this court or by order of the court of appeals.

ENTER:

DATE: 12/7/06
12-7-06

Signature of U.S. District Court Judge, Magistrate Judge (or Clerk or Deputy Clerk by order of the Court)

12-20-2006

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA
v.
Dickerson

FILED
DEC 7 2006
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

Case Number: 06 CR 915

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carlos Dickerson Removal purposes only

| | |
|---|---|
| NAME (Type or print) Robert D. Seeder | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Robert D. Seeder | |
| FIRM FEDERAL DEFENDER PROGRAM | |
| STREET ADDRESS 55 E. Monroe Street, Suite 2800 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312/621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☒ | |

A TRUE COPY ... by ... U.S. ... DATE: 12-20-2006

TERMED

**United States District Court**
**Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)**
**CRIMINAL DOCKET FOR CASE #: 1:06-cr-00915 All Defendants**
**Internal Use Only**

Case title: USA v. Dickerson

Date Filed: 12/07/2006
Date Terminated: 12/07/2006

Assigned to: Honorable Maria Valdez

**Defendant**

**Carlos Darrell Dickerson** (1)
*TERMINATED: 12/07/2006*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By ........ DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 12-20-2006

represented by **Robert David Seeder**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8300
Email: robert_seeder@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
| --- | --- |
| 18:3147.F--offense committed while on release | |

**Plaintiff**

**USA** represented by **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Benjamin F Langner**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-2817
Email: benjamin.langner@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2006 | 1 | RULE 40 AFFIDAVIT signed by Judge Maria Valdez as to Carlos Darrell Dickerson (1) (yap, ) (Entered: 12/11/2006) |
| 12/07/2006 | | ORAL MOTION by Carlos Darrell Dickerson to appoint counsel, Robert D. Seeder (yap, ) (Entered: 12/11/2006) |
| 12/07/2006 | 2 | MINUTE entry before Judge Maria Valdez as to Carlos Darrell Dickerson: Removal proceedings held. Defendant appears in response to the arrest on 12/7/06. Defendant waives identity hearing. Defendant informed of his rights. Robert D. Seeder's oral motion for appointment of counsel for defendant [] is granted for the removal proceedings only. Government seeks detention. Defendant is not contesting that he is the person charged in the petition and warrant. Defendant agrees not to contest removal in custody, therefore defendant will be removed in custody to the District of Minnesota as soon as possible to face the charges there pending against him. (Terminated defendant Carlos Darrell Dickerson).; Case terminated Mailed notice (yap, ) (Entered: 12/11/2006) |

| | | |
|---|---|---|
| 12/07/2006 | 3 | ORDER Appointing Counsel Robert David Seeder for Carlos Darrell Dickerson. Signed by Judge Maria Valdez on 12/7/06. (yap, ) (Entered: 12/11/2006) |
| 12/07/2006 | 4 | ATTORNEY Appearance for defendant Carlos Darrell Dickerson by Robert David Seeder (yap, ) (Entered: 12/11/2006) |
| 12/20/2006 | | CERTIFIED and Transmitted to the District of Minnesota, the complete record as to Carlos Darrell Dickerson consisting of transmittal letter, original pleadings and certified copy of docket entries by certified mail no. #7006 0100 0001 7312 1191. (yap, ) (Entered: 12/20/2006) |