UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-83(MJD/JGL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CARLOS DARRELL DICKERSON,<br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

02-83(MJD/JGL)

<u>Defendant Name</u>

Carlos Darrell Dickerson

<u>Remove AUSA</u>

Clifford B. Wardlaw

<u>Add AUSA</u>

Robert M. Lewis

Dated: January 4, 2007

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID No. 59298