**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JEANNE J. GRAHAM |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CR 02-83 MJD |
| | ) | Date: 01/11/07 |
| Carlos Darrell Dickerson, | ) | Court Reporter: N/A |
| | ) | Tape Number: 50/2559-3303 |
| Defendant. | ) | Time Commenced: 11:20 a.m. |
| | | Time Concluded: 11:28 a.m. |
| | | Time in Court: 8 Minutes |

APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney

Defendant: Andrea George √ To be appointed

Interpreter / Language: N/A // ENGLISH

Date Charges Filed: 09/11/06 Offense: **Violation of Supervised Release**

√ Waived Reading of Charges √ Advised of Rights

on Violation of √ Supervised Release

√ Government moves for detention.

Motion is √ granted, temporary detention ordered.

√ Detention hearing waived

Additional Information:

Defendant waived both preliminary revocation and detention hearing. Final revocation hearing is Monday, January 29, 2007 at 1:30 p.m. before Judge Davis.

s/AR
Criminal Duty Clerk