**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
Carlos Darrell Dickerson, )
Defendant. )
)
)
)

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Judge

Case No: 02cr83(1) MJD/JGL
Date: July 30, 2007
Court Reporter: Lori Simpson
Time Commenced: 01:00 p.m.
Time Concluded: 01:10 p.m.
Time in Court: 10 Minutes

## APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Manvir Kaur Atwal : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: No supervised release to follow
: Defendant is sentenced to: 24 months

s/Susan Schempf
Judicial Assistant