# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Carlos Darrell Dickerson**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02cr83(01)MJD/JGL**
USM Number: **10364-041**
Social Security Number: **7252**
Date of Birth: **1978**

**Manvir Atwal**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of condition(s): **Mandatory Condition #1, Special Condition #6 and Special Condition #11** of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition #1 | While on supervised release, the defendant shall not commit any federal, state or local crimes. The defendant shall not possess a controlled substance. | September 2, 2006 |
| Special Condition #6 | The defendant shall notify the probation officer ten days prior to any change in residence or employment | September 2, 2006 |
| Special Condition #11 | The defendant shall notify the probation officer within 72 hours of any law enforcement contact | September 2, 2006 |

**The defendant is sentenced as provided in pages 2 through 3 of this judgment**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**July 30, 2007**
Date of Imposition of Judgment

s / Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge

July 30, 2007
Date

DEFENDANT: CARLOS DARRELL DICKERSON
CASE NUMBER: 02CR83(1) MJD/JGL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months**.

[**x**] The court makes the following recommendations to the Bureau of Prisons:
**That defendant be housed at a facility within the state of Minnesota**

[**x**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ____________________________

at ________________________ , with a certified copy of this judgment.

__________________________
United States Marshal

By __________________________
Deputy United States Marshal

AO 245D (Rev. 12/03) Sheet 3 - Supervised Release

DEFENDANT: CARLOS DARRELL DICKERSON
CASE NUMBER: 02CR83(1) MJD/JGL

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **No supervised release to follow.**